**FILED**
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Juan Manuel AYALA-Guzman, Defendant. | Magistrate Case No.: '07 MJ 8882<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about October 27, 2007, within the Southern District of California, defendant Juan Manuel AYALA-Guzman did knowingly and intentionally import approximately 65.08 kilograms (143.17 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy Ballard, Special Agent
U. S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29TH DAY OF OCTOBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Timothy Ballard with United States Immigration and Customs Enforcement, declare under penalty of perjury, the following is true and correct:

On October 27, 2007, at approximately 1700 hours, Juan Manuel AYALA-Guzman entered the United States from the Republic of Mexico at the Calexico West Port of Entry, California. AYALA was the driver of a 1997 GMC Suburban, bearing California license plate number 4TKX369. Customs and Border Protection Officers searched the vehicle and discovered twenty-six (26) packages, which contained a green leafy substance. One of the packages field-tested positive for marijuana. The twenty-six packages had a combined weight of 65.08 kilograms (143.17lbs.) The marijuana was concealed within the roof of the vehicle.

AYALA was advised of his constitutional rights and agreed to answer questions. AYALA admitted to knowing marijuana was in the vehicle. He further stated that he was going to be paid $80.00 US to smuggle the drugs into the United States through the Calexico, West Port of Entry. AYALA said he knew it was illegal to smuggle the drugs.

Executed on October 28, 2007 at 1530 hours.

_____
Special Agent

On the basis of the facts presented in the probable cause statement consisting of one page, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 27, 2007, in violation of Title 21, United States Code, Sections 952 and 960.

_____
United States Magistrate Judge

10/28/07  6:00pm
Date/Time